IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHILLY DIL CONSULTING INC., a Florida corporation, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 3:14-cv-02749-P |
| JETPAY ISO SERVICES, LLC, a Texas limited liability company; JETPAY, LLC, a Texas limited liability company; JETPAY CORPORATION, a Delaware corporation; and TRENT R VOIGT, an individual, | § § § § § § § | |
| Defendants. | § | |

## DEFENDANTS' FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, **JETPAY ISO SERVICES, LLC**, **JETPAY, LLC**, **JETPAY CORPORATION** and **TRENT VOIGT** ("Defendants"), and file this, their First Amended Answer to Plaintiff Chilly Dil Consulting, Inc.'s Complaint for Damages and an Accounting ("Plaintiff"), and in support thereof would show as follows:

### JURISDICTION AND VENUE

1. Defendants deny the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. Defendants deny the allegations contained in paragraph 2 of Plaintiff's Complaint.

## PARTIES

3. Defendants are without sufficient information to admit or deny the allegations contained in paragraph 3 of Plaintiff's Complaint.

4. Defendants admit the allegations contained in paragraph 4 of Plaintiff's Complaint.

5. Defendants deny the allegations contained in paragraph 5 of Plaintiff's Complaint.

6. Defendants admit the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. Defendants deny the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. Defendants deny the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. Defendants deny the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. Defendants deny the allegations contained in paragraph 10 of Plaintiff's Complaint.

## FACTS PERTINENT TO CAUSES OF ACTION

11. Paragraph 11 of Plaintiff's Complaint does not require a response.

12. Defendants deny the first sentence in paragraph 12 of Plaintiff's Complaint and admit the remainder of the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. Defendants admit the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Defendants are without sufficient information to admit or deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. Defendants deny the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. Defendants deny the allegations contained in paragraph 16 of Plaintiff's Complaint.

17. Defendants deny the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Defendants deny the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Defendants deny the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. Defendants deny the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. Defendants are without sufficient information to admit or deny the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. Defendants are without sufficient information to admit or deny the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. Defendants are without sufficient information to admit or deny the allegations contained in paragraph 23 of Plaintiff's Complaint.

24. Defendants are without sufficient information to admit or deny the allegations contained in paragraph 24 of Plaintiff's Complaint.

25. Defendants are without sufficient information to admit or deny the allegations contained in paragraph 25 of Plaintiff's Complaint.

26. Defendants deny the allegations contained in paragraph 26 of Plaintiff's Complaint.

27. Defendants are without sufficient information to admit or deny the allegations contained in paragraph 27 of Plaintiff's Complaint.

28. Defendants are without sufficient information to admit or deny the allegations contained in paragraph 28 of Plaintiff's Complaint.

29. Defendants deny the allegations contained in paragraph 29 of Plaintiff's Complaint.

30. Defendants deny the allegations contained in paragraph 30 of Plaintiff's Complaint.

31. Defendants deny the allegations contained in paragraph 31 of Plaintiff's Complaint.

32. Defendants deny the allegations contained in paragraph 32 of Plaintiff's Complaint.

**COUNT ONE**
**BREACH OF WRITTEN CONTRACT**
**(Against Defendants JetPay ISO and (as alter egos) JetPay, LLC and Trent Voigt)**

33. Paragraph 33 of Plaintiff's Complaint does not require a response.

34. Defendants deny the allegations contained in paragraph 34 of Plaintiff's Complaint.

35. Defendants deny the allegations contained in paragraph 35 of Plaintiff's Complaint.

36. Defendant is not aware of any allegation in paragraph 36 requiring an admission or denial.

37. Defendants deny the allegations contained in paragraph 37 of Plaintiff's Complaint.

38. Defendants deny the allegations contained in paragraph 38 of Plaintiff's Complaint.

39. Defendants deny the allegations contained in paragraph 39 of Plaintiff's Complaint.

<strong><u>COUNT TWO</u></strong><br><strong><u>MONEY HAD AND RECEIVED</u></strong><br><strong><u>(Against All Defendants)</u></strong>

40. Paragraph 40 of Plaintiff's Complaint does not require a response.

41. Defendants deny the allegations contained in paragraph 41 of Plaintiff's Complaint.

42. Defendants deny the allegations contained in paragraph 42 of Plaintiff's Complaint.

<strong><u>COUNT THREE</u></strong><br><strong><u>TORTIOUS INTERFERENCE WITH EXISTING CONTRACT</u></strong><br><strong><u>(Against All Defendants)</u></strong>

43. Paragraph 43 of Plaintiff's Complaint does not require a response.

44. Defendants deny the allegations contained in paragraph 44 of Plaintiff's Complaint.

45. Defendants deny the allegations contained in paragraph 45 of Plaintiff's Complaint.

46. Defendants deny the allegations contained in paragraph 46 of Plaintiff's Complaint.

47. Defendants deny the allegations contained in paragraph 47 of Plaintiff's Complaint.

48. Defendants deny the allegations contained in paragraph 48 of Plaintiff's Complaint.

**COUNT FOUR**
**VIOLATION OF THE TEXAS THEFT LIABILITY ACT**
**(Against All Defendants)**

49. Paragraph 49 of Plaintiff's Complaint does not require a response.

50. Defendants deny the allegations contained in paragraph 50 of Plaintiff's Complaint.

51. Defendants deny the allegations contained in paragraph 51 of Plaintiff's Complaint.

52. Defendants deny the allegations contained in paragraph 52 of Plaintiff's Complaint.

53. Defendants deny the allegations contained in paragraph 53 of Plaintiff's Complaint.

54. Defendants deny the allegations contained in paragraph 54 of Plaintiff's Complaint.

**COUNT FIVE**
**NEGLIGENCE**
**(Against All Defendants)**

55. Paragraph 55 of Plaintiff's Complaint does not require a response.

56.     Defendants deny the allegations contained in paragraph 56 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

57.     Defendants would show as an affirmative defense that it has no contractual privity with Plaintiff.

58.     Defendants would plead as an affirmative defense that Plaintiff has sustained no damages.

59.     Defendants would plead as an affirmative defense that Plaintiff's claims are barred under the doctrines of waiver and laches.

60.     Defendants would plead as an affirmative defense that there is a lack of consideration.

61.     Defendants would plead as an affirmative defense that Plaintiff has not performed all conditions precedent.

62.     Defendants would plead as an affirmative defense that there was no meeting of the minds.

63.     Defendants would plead as an affirmative defense that the Plaintiff's claim is barred by the statute of frauds.

64.     Defendants would plead as an affirmative defense that the Plaintiff's claims are barred under the doctrine of impossibility.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that upon trial of this cause, they be awarded judgment as follows:

1.      That Plaintiff take nothing by its suit; and

2. All such other and further relief to which Defendants may show themselves justly entitled.

            Respectfully submitted,

         BY:    /s/ Timothy M. Dortch
            **TIMOTHY MICAH DORTCH**
            State Bar No. 24044981
            micah.dortch@cooperscully.com
            **R. BRENT COOPER**
            State Bar No. 04783250
            brent.cooper@cooperscully.com

            **COOPER & SCULLY, P.C.**
            Founders Square
            900 Jackson Street, Suite 100
            Dallas, Texas 75202
            Tel.: 214/712-9501
            Fax: 214/712-9540

            **COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served on all counsel of record via the CM/ECF program on the 27th day of March, 2015.

            /s/ Timothy M. Dortch
            **TIMOTHY MICAH DORTCH**