THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHILLY DIL CONSULTING INC.**, a Florida corporation, | § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | CIVIL ACTION NO. 3:14-cv-02749-P |
| **JETPAY ISO SERVICES, LLC**, a Texas limited liability company; **JETPAY, LLC**, a Texas limited liability company; **JETPAY CORPORATION**, a Delaware corporation; and **TRENT R VOIGT**, an individual, | | |
| Defendants. | | |

**PLAINTIFF'S MOTION TO COMPEL AND
MOTION FOR SANCTIONS UNDER FRCP 37**

Plaintiff Chilly Dil Consulting, Inc. ("Chilly Dil") files this motion to compel Defendant Jetpay ISO Services, LLC ("JetPay") to provide full, accurate and complete answers and produce, or identify as privileged with appropriate factual and legal basis, all responsive documents required by Chilly Dil's Interrogatories and Documents Requests pursuant to Federal Rule of Civil Procedure ("FRCP") 37(a)(1), and for sanctions pursuant to FRCP 37(a)(5). This motion is based upon the attached Memorandum in Support, the attached Appendix, and all pleadings and papers on file. These materials are hereby incorporated by reference into this motion as if fully set forth herein.

## SUMMARY

The Court should order JetPay to produce documents, answer interrogatories and supplement its discovery responses.  Further, the Court should sanction JetPay pursuant to FRCP 37.

Respectfully submitted,

**David Steiner & Associates, PLC**

BY:      */s/David Paul Steiner*
David P. Steiner
California Bar No. 64638
dpsartnetlaw@gmail.com
DAVID STEINER & ASSOCIATES, PLC
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336
Attorneys for Plaintiff


**LEHTOLA & CANNATTI PLLC**

BY:      */s/Patricia Beaujean Lehtola*
         Patricia Beaujean Lehtola
         State Bar No. 01997700
         plehtola@lc-lawfirm.com
         Phillip E. Cannatti
         State Bar No. 00793456
         pcannatti@lc-lawfirm.com
         Patrick C. Joost
         State Bar No. 24078759
         pjoost@lc-lawfirm.com
         LEHTOLA & CANNATTI PLLC
         5001 Spring Valley Road,
         Suite 400 East
         Dallas, Texas 75244
         (972) 383-1515 (Telephone)
         (866) 383-1507 (Facsimile)
         *Attorneys for Plaintiff*

**Certificate Conference pursuant to L.R. 7.1(a), (b), (h))**

Counsel for Plaintiff Chilly Dil Consulting, Inc. ("Chilly Dil"), David P. Steiner, met and conferred with counsel for Defendant Jetpay ISO Services, LLC ("JetPay"), Lauren Tow and Micah Dortch of Cooper & Scully, numerous times by way of phone conferences and email communications from April 28, 2015, 2015 through May 21, 2015 concerning JetPay's Response and Objections to Chilly Dil's First Set of Interrogatories and Documents Requests. By meeting and conferring, Chilly Dil attempted to obtain supplemental responses to these discovery requests from JetPay without this Court's intervention. (*See* Appendix, Declaration of David P. Steiner, ¶¶ 8-13.) However, despite these efforts, Chilly Dil has not received any further responses or production of documents from JetPay. (*See Id*. at ¶15.)

**David Steiner & Associates, PLC**

BY:      */s/David Paul Steiner*
David P. Steiner
California Bar No. 64638
dpsartnetlaw@gmail.com
DAVID STEINER & ASSOCIATES, PLC
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      This is to certify that on June 17, 2015, the foregoing was served upon counsel of record in accordance with the Federal Rules of Civil Procedure as set forth below by U.S. Mail or electronic filing.

COOPER & SCULLY, P.C.
Timothy Micah Dortch
R. Brent Cooper
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel.: 214/712-9501
Fax: 214/712-9540
**COUNSEL FOR DEFENDANTS**

                                                BY:   */s/Patricia Beaujean Lehtola*
                                                        Patricia Beaujean Lehtola