THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHILLY DIL CONSULTING INC., a Florida corporation, | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 3:14-cv-02749-P |
| JETPAY ISO SERVICES, LLC, a Texas limited liability company; JETPAY, LLC, a Texas limited liability company; JETPAY CORPORATION, a Delaware corporation; and TRENT R. VOIGT, an individual, | § § § § § § § | |
| Defendants. | § | |

## APPENDIX TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SANCTIONS UNDER FRCP 37

Defendants JetPay ISO Services, LLC, JetPay, LLC, JetPay Corporation, and Trent R. Voigt rely upon the following evidence. The exhibits are numbered and labeled with bates suffix "App." for ease of reference with pinpoint cites noted in the citation to each in the body of Defendants' Response to Plaintiff's Motion to Compel and Motion for Sanctions Under FRCP 37.

    **Exhibit A**  Plaintiff's Responses to First Set of Request for Production Set One Propounded by Defendants and - Plaintiff's Responses to First Set of Special Interrogatories Set One Propounded by Defendants - APP. 000001-APP. 000045.

    **Exhibit B**  Email correspondence - APP. 000046-APP. 000049.

Respectfully submitted,

BY: _____/s/ Timothy M. Dortch_____
**TIMOTHY MICAH DORTCH**
State Bar No. 24044981
micah.dortch@cooperscully.com
**R. BRENT COOPER**
State Bar No. 04783250
brent.cooper@cooperscully.com
**LAUREN TOW**
State Bar No. 24081179
lauren.tow@cooperscully.com

**COOPER & SCULLY, P.C.**
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel.: 214/712-9501
Fax: 214/712-9540

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of Appendix to Defendants' Response to Plaintiff's Motion to Compel and Motion for Sanctions Under FRCP 37 to all counsel of record for all parties via ECF on the 8th day of July, 2015.

_/s/ Timothy M. Dortch_
**TIMOTHY MICAH DORTCH**