# EXHIBIT "B"

**Tow, Lauren**
___

| | |
|---|---|
| **From:** | Jerl Leutz <jleutz@romeandassociates.com> |
| **Sent:** | Thursday, June 18, 2015 1:16 PM |
| **To:** | Dortch, Micah |
| **Cc:** | David Steiner; DPS Legal Assistant; Tow, Lauren; Ulluela, Luisa; Maria Arakelian; Eugene Rome |
| **Subject:** | FW: Correspondence re Chilly Dil v JetPay |

Dear Mr. Dortch,

I kindly direct your attention to Section E of the Argument section of our memorandum in support of the motion to compel. Please also refer to paragraph 7 of the declaration of David Steiner. The text therein should clarify the disposition and status of the emails you referenced, which I assume are those in the Appendix at PP. 48, 53-75. As you note, those at PP. 49-52 of the Appendix were already produced.

We are currently processing these documents, and others, and preparing them for production next week.

If you require any further clarification, please let me know.


My Best,

Jerl B. Leutz
Rome & Associates, A.P.C.
jleutz@romeandassociates.com


From: **Dortch, Micah** <Micah.Dortch@cooperscully.com>
Date: Thu, Jun 18, 2015 at 7:10 AM
Subject: RE: Correspondence re Chilly Dil v JetPay
To: DPS Legal Assistant <jbbartnetlaw@gmail.com>, "Tow, Lauren" <Lauren.Tow@cooperscully.com>
Cc: "Ulluela, Luisa" <Luisa.Ulluela@cooperscully.com>

Mr. Steiner:



In your motion yesterday to the Court, you represent that the evidence attached to the motion was produced by you in this case. While some of the evidence, ie the ones with bates label were produced, we could not locate many of the emails in your motion as being produced to date. Can you let us know when these items were produced?



**From:** DPS Legal Assistant [mailto:jbbartnetlaw@gmail.com]
**Sent:** Wednesday, May 20, 2015 1:54 PM
**To:** Tow, Lauren
**Cc:** Patricia Weber; jared@patriciaweberconsulting.com; Eugene Rome; Dortch, Micah
**Subject:** Correspondence re Chilly Dil v JetPay

1

Dear Ms. Tow:

Attached please find correspondence from Mr. Steiner regarding the above-referenced matter.

Thank you.

--

**Taly Haghighi**

*Executive Assistant to David Steiner, Esq.*

DAVID STEINER & ASSOCIATES, APC

1801 Century Park East, Suite 1600

Los Angeles, CA 90067

(310) 557-8422

(310) 556-0336 / fax


MICAH DORTCH

COOPER & SCULLY, P.C.
900 JACKSON ST. #100
DALLAS, TX 75202
DIRECT: 214.712.9530
PHONE: 214.712.9500
FAX: 214.712.9540
EMAIL: MICAH.DORTCH@COOPERSCULLY.COM
WWW.COOPERSCULLY.COM

Confidentiality Notice: This email and any attachments and their use by any recipient are subject to the terms, conditions, restrictions and disclaimers that can be reviewed by clicking the following link.
http://www.cooperscully.com/confidentialitynotice/

Dallas - 214.712.9500    Houston 713.236.6800    San Francisco 415.956.9700

--

*Taly Haghighi*

*Executive Assistant to David Steiner, Esq.*

DAVID STEINER & ASSOCIATES, APC
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
(310) 557-8422
(310) 556-0336 / fax

3