THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHILLY DIL CONSULTING INC., a Florida corporation, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 3:14-cv-02749-P |
| JETPAY ISO SERVICES, LLC, a Texas limited liability company; JETPAY, LLC, a Texas limited liability company; JETPAY CORPORATION, a Delaware corporation; and TRENT R VOIGT, an individual, | § § § § § § | |
| Defendants. | § § | |

APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S
REPLY TO DEFENDANT'S RESPONSE TO MOTION TO COMPEL AND MOTION
FOR SANCTIONS UNDER FRCP 37

Pursuant to Civil Local Rules of Northern District of Texas Local Rule 7-1, Plaintiff,

CHILLY DIL CONSULTING INC., ("Plaintiff") hereby submits this Appendix of Evidence in

support of Plaintiff's Reply to Defendant's Response to Motion to Compel and Motion for

Sanctions Under FRCP 37.

David Steiner & Associates, PLC

BY:_____/s/David Paul Steiner_____
David P. Steiner
California Bar No. 64638
dpsartnetlaw@gmail.com
DAVID STEINER & ASSOCIATES, PLC
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336
Attorneys for Plaintiff

**LEHTOLA & CANNATTI PLLC**

BY: _____/s/Patricia Beaujean Lehtola_____
　　　　　Patricia Beaujean Lehtola
　　　　　State Bar No. 01997700
　　　　　plehtola@lc-lawfirm.com
　　　　　Phillip E. Cannatti
　　　　　State Bar No. 00793456
　　　　　pcannatti@lc-lawfirm.com
　　　　　Patrick C. Joost
　　　　　State Bar No. 24078759
　　　　　pjoost@lc-lawfirm.com
　　　　　LEHTOLA & CANNATTI PLLC
　　　　　5001 Spring Valley Road,
　　　　　Suite 400 East
　　　　　Dallas, Texas 75244
　　　　　(972) 383-1515 (Telephone)
　　　　　(866) 383-1507 (Facsimile)
　　　　　*Attorneys for Plaintiff*

**TABLE OF CONTENTS**

| Exhibit No. | Description | Page No. |
|---|---|---|
| | Declaration of David Steiner | 1-3 |
| Exhibit A | Email dated June 17, 2015, containing production documents sent by Defendants. | 4 |
| Exhibit B | Email dated July 8, 2015 sent by Defendants re: Amended Responses to Special Interrogatories | 5-6 |

## CERTIFICATE OF SERVICE

This is to certify that on July 22, 2015, the foregoing was served upon counsel of record in accordance with the Federal Rules of Civil Procedure as set forth below by U.S. Mail or electronic filing.

COOPER& SCULLY, P.C.
Timothy Micah Dortch
R. Brent Cooper
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel.: 214/712-9501
Fax: 214/712-9540
**COUNSEL FOR DEFENDANTS**

BY:_____*/s/Patricia Beaujean Lehtola*_____
Patricia Beaujean Lehtola

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHILLY DIL CONSULTING INC., a | § | |
| Florida corporation, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | **CIVIL ACTION NO. 3:14-cv-02749-P** |
| | § | |
| JETPAY ISO SERVICES, LLC, a Texas | § | |
| limited liability company; JETPAY, LLC, a | § | |
| Texas limited liability company; JETPAY | § | |
| CORPORATION, a Delaware corporation; | § | |
| and TRENT R VOIGT, an individual, | § | |
| | § | |
| **Defendants.** | § | |

## DECLARATION OF DAVID STEINER IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO COMPEL AND MOTION FOR SANCTIONS UNDER FRCP 37

I, David Steiner, declare as follows:

1.      I am the counsel of record for Plaintiff Chilly Dil Consulting, Inc. ("Chilly Dil"). Unless otherwise stated as based on information and belief, I have personal knowledge of the facts stated herein. If called upon to do so, I could and would testify to the truth thereof.

2.      I make this Declaration in support of Chilly Dil's Reply to Defendant JetPay ISO Services, LLC's ("JetPay") Response to Motion to Compel and Motion for Sanctions Pursuant to FRCP 37.

3.      On June 17, 2015, Chilly Dil filed its Motion to Compel and Motion for Sanctions Pursuant to FRCP 37 with this Court. Later, on the same day, my office received an email from the law firm of Cooper & Scully, counsel for JetPay, which included a link to 701 pages of documents. The documents were bates-labeled in such a way to indicate that they were likely a supplemental production to Chilly Dil's First Set of Requests for Production of Documents ("RFPs"). No amended or supplemental responses to the RFPs were included with this production. A true and correct copy of this email is attached hereto and incorporated herein by reference as Exhibit "A".

4.      During my meet and confer efforts with JetPay related to Chilly Dil's Motion to Compel, including when I threatened to file a Motion to Compel, JetPay never informed me or my office that a supplemental production would be forthcoming.   Evidently, JetPay waited to supplement until such time as Chilly Dil was forced to file a motion to compel.

5.      I reviewed JetPay's supplemental production. While the documents included some emails to or from the other JetPay entities, the production still did not include any documents responsive to RFP Nos. 35-39 and 41, which relates to the corporate structures of JetPay, the other JetPay defendants, and a non-party JetPay entity, and how these entities are related to one another.

6.      On or about July 8, 2015, JetPay served my office with Amended Responses to Chilly Dil's First Set of Special Interrogatories. A true and correct copy of this email is attached hereto and incorporated herein by reference as Exhibit "B".

DECLARATION OF DAVID STEINER

2

7.     On March 25, 2015, Chilly Dil served its responses to JetPay's First Set of RFPs. For most of these requests, Chilly Dil responded that it would produce responsive documents once a Protective Order is entered in this action.  JetPay did not formally attempt to meet and confer about Chilly Dil's responses to JetPay's RFPs.  Nor has it threatened or attempted to file a Motion to Compel addressing Chilly Dil's purported lack of production.

8.     On or about December 22, 2014, my office served 345 pages of documents on JetPay as part of Chilly Dil's FRCP 26 initial disclosures.

9.     On December 22, 2015, my office received five pages of documents from JetPay's counsel as part of JetPay's FRCP 26 initial disclosures.

10.    In my declaration to this Court that I submitted in support of Chilly Dil's Motion to Compel, I stated that Chilly Dil has recently discovered relevant documents and that it would be producing shortly as part of its' disclosures.  On July 10, 2015, Chilly Dil served JetPay with an additional 146 pages of documents as a part of its disclosures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California.

Dated: July 21, 2015                                            _____
                                                                                        David Steiner

DECLARATION OF DAVID STEINER

**3**

EXHIBIT A

## Maria Arakelian

| | |
|---|---|
| **From:** | Ulluela, Luisa <Luisa.Ulluela@cooperscully.com> |
| **Sent:** | Wednesday, June 17, 2015 3:56 PM |
| **To:** | dpsartnetlaw@gmail.com; plehtola@lc-lawfirm.com; Eugene Rome; Maria Arakelian |
| **Cc:** | Dortch, Micah; Tow, Lauren; Eckardt, Valerie; Woodside, Pat |
| **Subject:** | Chilly Dil v. JetPay |
| **Attachments:** | 06.17.2015 LTR to P fwd JETPAY 00234-00933-c.pdf |

This message contains attachments delivered via ShareFile.

• CHILLY DIL V. JETPAY 000234 - 000933.pdf (69.7 MB)

Download the attachments by clicking here.

Please note this link expires in 7 days.

Thank you.

LUISA ULLUELA
PARALEGAL
COOPER & SCULLY, P.C.
900 JACKSON STREET SUITE 100
DALLAS, TX 75202
DIRECT: 214.712.9315
PHONE: 214.712.9500
FAX: 214.712.9540
EMAIL: LUISA.ULLUELA@COOPERSCULLY.COM
WWW.COOPERSCULLY.COM

Confidentiality Notice: This email and any attachments and their use by any recipient are subject to the terms, conditions, restrictions and disclaimers that can be reviewed by clicking the following link.
http://www.cooperscully.com/confidentialitynotice/

| | | |
|---|---|---|
| Dallas - 214.712.9500 | Houston 713.236.6800 | San Francisco 415.956.9700 |

**4**

# EXHIBIT B

## Maria Arakelian

| | |
|---|---|
| **From:** | DPS Legal Assistant <jbbartnetlaw@gmail.com> |
| **Sent:** | Monday, July 20, 2015 5:21 PM |
| **To:** | Maria Arakelian |
| **Subject:** | Fwd: Civil Action No. 3:14-cv-02749-P - Chilly Dil Consulting, Inc. v. JetPay ISO, et al |
| **Attachments:** | JetPay's Amended Responses to Plaintiff's First Set of Special Interrogatories-c.pdf |

---------- Forwarded message ----------
From: **Woodside, Pat** <Pat.Woodside@cooperscully.com>
Date: Wed, Jul 8, 2015 at 1:35 PM
Subject: Civil Action No. 3:14-cv-02749-P - Chilly Dil Consulting, Inc. v. JetPay ISO, et al
To: "dpsartnetlaw@gmail.com" <dpsartnetlaw@gmail.com>, "plehtola@lc-lawfirm.com" <plehtola@lc-lawfirm.com>
Cc: "Dortch, Micah" <Micah.Dortch@cooperscully.com>, "Tow, Lauren" <Lauren.Tow@cooperscully.com>, "Ulluela, Luisa" <Luisa.Ulluela@cooperscully.com>, "Eckardt, Valerie" <Valerie.Eckardt@cooperscully.com>

Please see attached Defendant JetPay ISO Services, LLC's Amended Responses to Plaintiff's First Set of Special Interrogatories to Defendant JetPay ISO Services, LLC sent on behalf of Lauren Tow.

PAT WOODSIDE
LEGAL ASSISTANT
COOPER & SCULLY, P.C.
900 JACKSON ST. #100
DALLAS, TX 75202
DIRECT: 214.712.9303
PHONE: 214.712.9500
FAX: 214.712.9540
EMAIL: PAT.WOODSIDE@COOPERSCULLY.COM
WWW.COOPERSCULLY.COM

Confidentiality Notice: This email and any attachments and their use by any recipient are subject to the terms, conditions, restrictions and disclaimers that can be reviewed by clicking the following link.
http://www.cooperscully.com/confidentialitynotice/

| | | |
|---|---|---|
| Dallas - 214.712.9500 | Houston 713.236.6800 | San Francisco 415.956.9700 |

1

**5**

--

**Taly Haghighi**

*Executive Assistant to David Steiner, Esq.*

DAVID STEINER & ASSOCIATES, APC
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
(310) 557-8422
(310) 556-0336 / fax

**6**