# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **CHILLY DIL CONSULTING INC.,** a Florida corporation, | § § § |
| **Plaintiff,** | § § |
| V. | §   **CIVIL ACTION NO. 3:14-cv-02749-P** |
| | § |
| **JETPAY ISO SERVICES, LLC,** a Texas limited liability company; **JETPAY, LLC,** a Texas limited liability company; **JETPAY CORPORATION,** a Delaware corporation; and **TRENT R VOIGT,** an individual, | § § § § § § |
| **Defendants.** | § |

## APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR DESIGNATION OF EXPERT WITNESSES AND REBUTTABLE EXPERT WITNESSES

Pursuant to Civil Local Rules of Northern District of Texas Local Rule 7-1, Plaintiff, CHILLY DIL CONSULTING INC., ("Plaintiff") hereby submits this Appendix of Evidence in support of Plaintiff's Unopposed Motion to Extend the Deadlines for Designation of Expert Witnesses and Designation of Rebuttable Expert Witnesses.

**David Steiner & Associates, PLC**

BY: _/s/David Paul Steiner_
David P. Steiner
California Bar No. 64638
dpsartnetlaw@gmail.com
DAVID STEINER & ASSOCIATES, PLC
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336
Attorneys for Plaintiff

**LEHTOLA & CANNATTI PLLC**

BY:    */s/Patricia Beaujen Lethola*
       Patricia Beaujean Lehtola
       State Bar No. 01997700
       plehtola@lc-lawfirm.com
       Phillip E. Cannatti
       State Bar No. 00793456
       pcannatti@lc-lawfirm.com
       Patrick C. Joost
       State Bar No. 24078759
       pjoost@lc-lawfirm.com
       LEHTOLA & CANNATTI PLLC
       5001 Spring Valley Road,
       Suite 400 East
       Dallas, Texas 75244
       (972) 383-1515 (Telephone)
       (866) 383-1507 (Facsimile)
       *Attorneys for Plaintiff*

## **TABLE OF CONTENTENTS**

| *Exhibit No.* | *Description* | *Page No.* |
|---|---|---|
| A | Agreed Stipulation to Extend Deadline for Designation of Expert Witnesses and Rebuttable Expert Witnesses | 1-3 |

**EXHIBIT A**

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHILLY DIL CONSULTING INC., a Florida corporation, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:14-cv-02749-P |
| JETPAY ISO SERVICES, LLC, a Texas limited liability company; JETPAY, LLC, a Texas limited liability company; JETPAY CORPORATION, a Delaware corporation; and TRENT R VOIGT, an individual, | § § § § § § § § | |
| Defendants. | § § | |

**AGREED STIPULATION TO EXTEND DEADLINE FOR DESIGNATION OF EXPERT WITNESSES AND REBUTTABLE EXPERT WITNESSES**

1

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**COMES NOW**, Plaintiff Chilly Dil Consulting, Inc. ("Plaintiff") and Defendants JetPay ISO Services, LLC; JetPay, LLC; JetPay Corporation; and Trent R. Voight (collectively, "Defendants") hereby stipulate to extend the deadlines for designation of expert witnesses and designation of rebuttal expert witnesses as set forth in the January 6, 2015 Scheduling Order.

1. On January 6, 2015, the Court issued the Scheduling Order which set the deadline for a party with the burden of proof on a claim to designate expert witnesses as September 4, 2015, and the deadline for designation of rebuttal expert witnesses as October 4, 2015.

2. Plaintiff and Defendants have conferred and have agreed to extend the deadline to designate expert witnesses and rebuttal expert witnesses to October 5, 2015 and November 4, 2015, respectively.

3. Good cause exists to approve the stipulation as the parties have conducted only limited discovery thus far, as the Court has only recently granted Plaintiff's Motion for Protective Order, thus allowing production of some documents and information subject to that Order to be exchanged, and there are pending motions before the court to compel discovery responses. Due to the lack of discovery materials exchanged, it is difficult for Plaintiff to determine which experts to designate before the current September 4, 2015 deadline.

4. Further, the Parties will not be prejudiced by the extensions requested.

///
///
///
///
///

2

## PRAYER

Accordingly, Plaintiff and Defendants respectfully request that the Court approve this agreed stipulation to extend the deadlines to designate expert witnesses and rebuttal expert witnesses to October 5, 2015 and November 4, 2015, respectively.

Respectfully submitted,

**David Steiner & Associates, PLC**

BY:_____/s/_____
　　　David Paul Steiner
　　　**David Steiner & Associates, PLC**
　　　*Attorneys for Plaintiff*


**LEHTOLA & CANNATTI PLLC**

BY:_____/s/_____
　　　Patricia Beaujean Lehtola
　　　**LEHTOLA & CANNATTI PLLC**
　　　*Attorneys for Plaintiff*


– AND –

**COOPER & SCULLY, P.C.**

BY:_____/s/_____
　　　Timothy Micah Dortch
　　　**COOPER & SCULLY, P.C.**
　　　*Attorney for Defendants*

3

## CERTIFICATE OF SERVICE

   This is to certify that on September 3, 2015, the foregoing was served upon counsel of record in accordance with the Federal Rules of Civil Procedure as set forth below by U.S. Mail or electronic filing.

COOPER& SCULLY, P.C.
Timothy Micah Dortch
R. Brent Cooper
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel.: 214/712-9501
Fax: 214/712-9540
**COUNSEL FOR DEFENDANTS**

                 BY: */s/Eugene Rome*
                     Eugene Rome