IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHILLY DIL CONSULTING INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-02749-N |
| | § | |
| JETPAY ISO SERVICES LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses third parties Backpage, LLC, Payment Solutions, B.V., Adtech, B.V., Ad Reputation Solutions, B.V., and Carl Ferrer's (collectively, the "Interested Parties") requests to expedite and seal documents in their emergency motion to intervene and seal documents [102]. The Court provisionally seals Plaintiff Chilly Dil Consulting Inc.'s motion for leave to file second amended complaint [100], the memorandum in support [100-1], the Declaration of Eugene Rome [100-2], and the Proposed Second Amended Complaint [100-4] pending further order of the Court. The Court denies the Interested Parties' request for expedited briefing of their motion.

Signed May 25, 2016.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE