THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHILLY DIL CONSULTING INC.,** a Florida corporation, | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 3:14-cv-02749-P |
| **JETPAY ISO SERVICES, LLC**, a Texas limited liability company; **JETPAY, LLC**, a Texas limited liability company; **JETPAY CORPORATION**, a Delaware corporation; and **TRENT R. VOIGT**, an individual, | § § § § § § § | |
| Defendants. | § | |

## DEFENDANTS' EMERGENCY MOTION FOR EXTENSION OF TIME

Defendants JetPay ISO Services, LLC, JetPay, LLC, JetPay Corporation, and Trent R. Voigt, by and through their undersigned counsel, file this Emergency Motion for Extension of Time pursuant to Rule 16 of the Federal Rules of Civil Procedure.

Defendants request that that this Court extends the deadline to file all dispositive motions and motions to exclude or object to expert witnesses nine days, from July 6, 2016, to July 15, 2016. Defendants have good cause for such extension and Plaintiffs will not be prejudiced by the extension.

Pursuant to Local Rule 7.1(b), Defendants' arguments and authorities will be set forth in their Sealed Brief in Support of Defendants' Emergency Motion for Extension of Time.

### PRAYER FOR RELIEF

**WHEREFORE**, Defendants pray that this Court grants their Emergency Motion for Extension of Time and any other relief the Court deems necessary.

D/948526v1

Respectfully submitted,

BY: _____/s/ Lauren Tow_____
**TIMOTHY MICAH DORTCH**
State Bar No. 24044981
micah.dortch@cooperscully.com
**R. BRENT COOPER**
State Bar No. 04783250
brent.cooper@cooperscully.com
**LAUREN TOW**
State Bar No. 24081179
Lauren.Tow@cooperscully.com

**COOPER & SCULLY, P.C.**
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel.: 214/712-9501
Fax: 214/712-9540

**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of Defendants' Emergency Motion for Extension of Time to all counsel of record via ECF on the 5th day of July, 2016.

_____/s/ Lauren Tow_____
**LAUREN TOW**

D/948526v1