THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHILLY DIL CONSULTING INC., a Florida corporation, | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 3:14-cv-02749-P |
| JETPAY ISO SERVICES, LLC, a Texas limited liability company; JETPAY, LLC, a Texas limited liability company; JETPAY CORPORATION, a Delaware corporation; and TRENT R. VOIGT, an individual, | § § § § § § § | |
| Defendants. | § | |

### APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION FOR EXTENSION OF TIME

Pursuant to Civil Local Rules of Northern District of Texas Local Rule 7-1, Defendants hereby submit this Appendix of Evidence in Support of Defendants' Emergency Motion for Extension of Time.

| Exhibit No. | Description | Page No. |
|---|---|---|
| 1 | Declaration of Lauren Tow | 1-2 |

Respectfully submitted,

BY: __*/s/ Lauren Tow*__
    **TIMOTHY MICAH DORTCH**
    State Bar No. 24044981
    micah.dortch@cooperscully.com
    **R. BRENT COOPER**
    State Bar No. 04783250
    brent.cooper@cooperscully.com
    **LAUREN TOW**
    State Bar No. 24081179
    Lauren.Tow@cooperscully.com

**COOPER & SCULLY, P.C.**
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel.: 214/712-9501
Fax: 214/712-9540
**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that I served a true and correct copy of Appendix of Evidence in Support of Defendants' Emergency Motion to Extend Time to all counsel of record for all parties via ECF on the 5th day of July, 2016.

    */s/ Lauren Tow*
    **LAUREN TOW**

**APPENDIX IN SUPPORT OF DEFENDANTS'**
**EMERGENCY MOTION FOR EXTENSION OF TIME**
D/948541v1

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHILLY DIL CONSULTING INC., a Florida corporation, | § § § § § | |
| Plaintiff, | § | |
| V. | § § | CIVIL ACTION NO. 3:14-cv-02749-P |
| JETPAY ISO SERVICES, LLC, a Texas limited liability company; JETPAY, LLC, a Texas limited liability company; JETPAY CORPORATION, a Delaware corporation; and TRENT R VOIGT, an individual, | § § § § § § § | |
| Defendants. | § | |

## DECLARATION OF LAUREN TOW

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Lauren Tow, who being by me duly sworn, deposed and stated as follows:

1. "My name is Lauren Tow. I am over the age of (18) years. I have never been convicted of a felony, and I am fully competent to make this declaration. I have personal knowledge of the facts contained herein, and they are true and correct.

2. I am a licensed attorney with the law firm of Cooper & Scully, P.C. and counsel of record for JetPay ISO Services, LLC, JetPay, LLC, JetPay Corporation, and Trent R. Voigt, Defendants in the above matter.

3. Defendants have good cause to seek an extension. Defendant Trent Voigt is currently out of the country in the United Kingdom. Mr. Voigt is Defendants' designated expert, as well as a party in the litigation. Mr. Voigt needs to provide relevant information related to the

Defendants' motions regarding exclusion of experts and expert testimony. Mr. Voigt also needs to sign a Declaration for Defendants' Motion for Summary Judgment regarding the current live pleading.

4. Mr. Voigt's absence from the country has made communication extremely difficult. The Defendants are diligently seeking to gather the relevant information, but in an abundance of caution the Defendants are requesting a nine (9) day extension to the deadline to file all dispositive motions and motions to exclude or objections to expert witnesses."

FURTHER AFFIANT SAYETH NOT.

_____
LAUREN TOW