Exhibit 1

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHILLY DIL CONSULTING INC., a** | § | |
| **Florida corporation,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 3:14-cv-02749-N** |
| | § | |
| **JETPAY ISO SERVICES, LLC, a Texas** | § | |
| **limited liability company; JETPAY, LLC, a** | § | |
| **Texas limited liability company; JETPAY** | § | |
| **CORPORATION, a Delaware corporation;** | § | |
| **and TRENT R. VOIGT, an individual,** | § | |
| | § | |
| **Defendants.** | § | |

**DECLARATION OF CHRISTOPHER D. KEMPEL**

PURSUANT TO 28 U.S.C. § 1746, I, CHRISTOPHER D. KEMPEL, DECLARE THE
FOLLOWING:

      1.    I have personal knowledge of the facts stated and business records referenced or
relied upon herein.

      2.    I am the Information Systems Manager for Backpage.com, LLC
("Backpage.com").

      3.    I have over fifteen years experience working with computer technology systems. I
studied computer information systems at DeVry University from 1998 to 2000 and at Scottsdale
Community College in 2000-2001. I also completed technology training for Cisco Certified
Network Administrators, Microsoft Certified Solutions Experts, A+ Certification, and Network+
Certification at TechSkills career training school in 2002. I have been employed in the
technology field since 2000, including launching and operating my own technology support and
consulting company; performing and supporting work systems for gaming technologies; expert-

1

level network support and data analysis for communication devices; and internal infrastructure support and network administrator services and data center technician for mid and large-size companies.  I began work for Backpage.com in 2010 as a Systems Administrator. I was promoted to Information Systems Manager in 2012.

4.      In my capacity as Information Systems Manager, I am responsible for managing and supervising the technological operations of the company, including data management and storage. Accordingly, I have personal knowledge of Backpage.com's electronic resources, including internal networks, enterprise email, cloud storage, and other electronic storage and corporate assets.

5.      I have reviewed the subpoena to Backpage.com from the plaintiff Chilly Dil, dated December 11, 2015, which requests 66 categories of data and documents ("Subpoena").  A copy of the Subpoena is attached to this Declaration as Exhibit A.

6.      At the request of counsel, I have researched and analyzed the volume of data that would need to be searched and compiled – from servers, cloud data services, and external hard drives, as well as desktop and laptop computers – to enable review for information and documents potentially responsive to the Subpoena.

7.      Based on my knowledge, education, training and experience, it is my best estimate that the volume of data that would need to be searched and compiled to enable review for information and documents potentially responsive to the Subpoena is conservatively 15 terabytes. This equates to approximately 51 million documents or roughly 2.6 billion pages.

8.      Because many of the Subpoena requests are very broad and/or include vague or generic terms (such as "Visa," "MasterCard," "American Express," "Wells Fargo," "reserves" and "bins"), the data gathered by technological means will include a significant volume of false

131788637.1

positives (irrelevant, nonresponsive documents and information). There is no technical solution to eliminate the retrieval of such false positives. Consequently, once compiled, the data search results will require manual review to identify information and documents subject to production.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 7, 2016.

_____

Christopher D. Kempel

3