IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHILLY DIL CONSULTING INC., a Florida corporation, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 3:14-cv-02749-N |
| JETPAY ISO SERVICES, LLC, a Texas limited liability company; JETPAY, LLC, a Texas limited liability company; JETPAY CORPORATION, a Delaware corporation; and TRENT R VOIGT, an individual, | § § § § § § § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

COME NOW, **JETPAY ISO SERVICES, LLC; JETPAY, LLC; JETPAY CORPORATION; AND TRENT R VOIGT,** ("JetPay"), Defendants in the above-styled and numbered cause, and file this Notice of Settlement, and respectfully notify the Court as follows:

1. Plaintiff and Defendants have agreed to settle this lawsuit.

2. This settlement resolves all discovery issues with all third parties that are currently pending.

3. The parties anticipate that all the necessary settlement documents will be finalized within thirty (30) days, and a Joint Motion for Order of Dismissal and Final Order of Dismissal will be filed concurrently therewith.

        Respectfully submitted,

BY:   *s/ T. Micah Dortch*
      **TIMOTHY MICAH DORTCH**
      State Bar No. 24044981
      micah.dortch@cooperscully.com
      **R. BRENT COOPER**
      State Bar No. 04783250
      brent.cooper@cooperscully.com
      **LAUREN TOW**
      State Bar No. 24081179
      Lauren.Tow@cooperscully.com

**COOPER & SCULLY, P.C.**
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel.: 214/712-9501
Fax: 214/712-9540
**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2016, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Texas, using the electronic filing system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means:

Patricia Beaujean Lehtola
Phillip E. Cannatti
Patrick C. Joost
LEHTOLA & CANNATTI PLLC
5001 Spring Valley Road, Suite 400 East
Dallas, Texas 75244

Eugene Rome, admitted *pro hac vice*
ROME AND ASSOCIATES, A.P.C.
2029 Century Park East, Suite 1040
Los Angeles, CA 90067

*Counsel for Plaintiff Chilly Dil Consulting Inc.*

      *s/ T. Micah Dortch*
      **TIMOTHY MICAH DORTCH**