IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Chilly Dil Consulting, Inc. vs. JetPay ISO Services, LLC, et al.**

2. Civil action number: **3:14-cv-02749-N**

3. Nature of the suit: **business/commercial**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **August 30, 2016**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.      ☐ Settled, in part, as a result of ADR

   ☒ Settled as a result of ADR.           ☐ Parties were unable to reach settlement

7. What was your TOTAL fee: **$7,585.00**

8. Duration of ADR: **twelve (12) hours**   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, TX  75225
    214-744-5267

    _____    8-31-16
    Signature                  Date

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Eugene Rome Esq.
Rome & Associates, APC
2029 Century Park East
Suite 450
Los Angeles, CA  90067
Tel: 310-282-0690

Timothy Micah Dortch Esq.
Cooper & Scully PC
Founders Square
900 Jackson St.  Suite 100
Dallas, TX  75202
Tel: 214-712-9530

Ann Marie Painter Esq.
Jason R. Elliott Esq.
Perkins Coie, LLP
500 N. Akard St.
Suite 3300
Dallas, TX  75201
Tel: 214-965-7715

Harry H. Schneider, Jr. Esq.
Perkins Coie, LLP
1201 Third Ave.
Suite 4900
Seattle, WA  98101-3099
Tel: 206-583-8508

Patricia Carlin with Plaintiff
Jared Ronski with Plaintiff
Trent Voigt with Defendant, Jetpay ISO Services, LLC
Carl Ferrer with Defendant, Backpage, LLC
Liz McDougall with Defendant, Backpage, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this __31st__ day of August, 2016, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager