# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CHILLY DIL CONSULTING INC.**, a Florida corporation, | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 3:14-cv-02749-N** |
| **JETPAY ISO SERVICES, LLC**, a Texas limited liability company; **JETPAY, LLC**, a Texas limited liability company; **JETPAY CORPORATION**, a Delaware corporation; and **TRENT R VOIGT**, an individual, | § § § § § § § | |
| **Defendants.** | § § | |

## NOTICE OF STATUS OF SETTLEMENT AND DISMISSAL

Plaintiff Chilly Dil Consulting, Inc. ("Chilly Dil") files this Notice of Status of Settlement and Dismissal, and respectfully notifies the Court as follows:

1. On September 13, 2016, Chilly Dil; Defendants JetPay ISO Services, LLC, JetPay, LLC, JetPay Corporation, and Trent Voigt (collectively, "Defendants"); and non-party Backpage.com, LLC executed a final settlement agreement that resolves the claims asserted in the above-referenced action.

2. Pursuant to the parties' mutual agreement, Chilly Dil and Defendants will file a Joint Motion for Order of Dismissal and a Final Order of Dismissal within 75 days of the execution of the settlement agreement.

        Respectfully submitted,

        **ROME & ASSOCIATES, APC**

        BY:    */s/Eugene Rome*
            Eugene Rome
            California Bar No. 232780
            Erome@romeandassociates.com
            ROME & ASSOCIATES, A.P.C.
            2029 Century Park East, Suite 450
            Los Angeles, CA 90067
            Telephone: (310) 282-0690
            Facsimile: (310) 282-0691

        *Attorneys for Plaintiff*

        **LEHTOLA & CANNATTI PLLC**

        BY:    */s/Patricia Beaujean Lehtola*
            Patricia Beaujean Lehtola
            State Bar No. 01997700
            plehtola@lc-lawfirm.com
            Phillip E. Cannatti
            State Bar No. 00793456
            pcannatti@lc-lawfirm.com
            Patrick C. Joost

State Bar No. 24078759
pjoost@lc-lawfirm.com
LEHTOLA & CANNATTI
PLLC
5001 Spring Valley Road,
Suite 400 East
Dallas, Texas 75244
(972) 383-1515 (Telephone)
(866) 383-1507 (Facsimile)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      This is to certify that on September 27, 2016, the foregoing was served upon counsel of record in accordance with the Federal Rules of Civil Procedure as set forth below by U.S. Mail or electronic filing.

COOPER& SCULLY, P.C.
Timothy Micah Dortch
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel.: 214/712-9501
Fax: 214/712-9540

**COUNSEL FOR DEFENDANTS**

                                          BY: _/s/Eugene Rome_
                                                     Eugene Rome