# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CHILLY DIL CONSULTING INC.**, a Florida corporation, | § § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 3:14-cv-02749-P** |
| **JETPAY ISO SERVICES, LLC**, a Texas limited liability company; **JETPAY, LLC**, a Texas limited liability company; **JETPAY CORPORATION**, a Delaware corporation; and **TRENT R VOIGT**, an individual, | § § § § § § § | |
| **Defendants.** | § | |

**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Chilly Dil Consulting, Inc. ("Plaintiff") on the one hand and JetPay ISO Services, LLC, JetPay, LLC, JetPay Corporation and Trent R. Voigt (collectively, "Defendants"), on the other hand, that Plaintiff's claims against the Defendants in this action shall be dismissed with prejudice. The parties are to bear their own respective costs, including attorneys' fees and other expenses of litigation.

SO STIPULATED:

**David Steiner & Associates, PLC**

BY:      */s/David Paul Steiner*
David P. Steiner
California Bar No. 64638
dpsartnetlaw@gmail.com
DAVID STEINER & ASSOCIATES, PLC
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336
Attorneys for Plaintiff


**LEHTOLA & CANNATTI PLLC**


BY:      */s/Patricia Beaujen Lethola*
Patricia Beaujean Lehtola
State Bar No. 01997700
plehtola@lc-lawfirm.com
Phillip E. Cannatti
State Bar No. 00793456
pcannatti@lc-lawfirm.com
Patrick C. Joost
State Bar No. 24078759
pjoost@lc-lawfirm.com
LEHTOLA & CANNATTI PLLC
5001 Spring Valley Road,
Suite 400 East
Dallas, Texas 75244
(972) 383-1515 (Telephone)

        (866) 383-1507 (Facsimile)
        *Attorneys for Plaintiff*

**COOPER& SCULLY, P.C.**

BY:    */s/Timothy Micah Dortch*
      Timothy Micah Dortch
      Founders Square
      900 Jackson Street, Suite 100
      Dallas, Texas 75202
      Tel.: 214/712-9501
      Fax: 214/712-9540

      *Attorneys for Defendants* JetPay ISO Services, LLC, JetPay, LLC, JetPay Corporation and Trent R. Voigt

## CERTIFICATE OF SERVICE

      This is to certify that on November 21, 2016, the foregoing was served upon counsel of record in accordance with the Federal Rules of Civil Procedure as set forth below by U.S. Mail or electronic filing.

COOPER& SCULLY, P.C.
Timothy Micah Dortch
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel.: 214/712-9501
Fax: 214/712-9540

**COUNSEL FOR DEFENDANTS**

      BY: */s/Eugene Rome*
            Eugene Rome